# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**WILMINGTON SAVINGS FUND
SOCIETY FSB, d/b/a Christina Trust, as
Trustee for the CSMC 2017-FHA1 Trust,
Mortgage Backed Notes, Series 2017-FHA1**                     **PLAINTIFF**

v.                          **No. 4:25-cv-1179-DPM**

**KATANDRA LYNN JACKSON and USA,
on behalf of the Secretary of Housing and
Urban Development**                                          **DEFENDANTS**

## ORDER

Wilmington and the United States jointly move for a consent order addressing the United States's interest in the case. They represent that the consent order will streamline this litigation, narrow the issues before the Court, and conserve judicial and legal resources. For good cause, the motion, *Doc. 8*, is granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 June 2026