IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, AS TRUSTEE FOR THE CSMC 2017-FHA1 TRUST, MORTGAGE-BACKED NOTES, SERIES 2017-FHA1,<br>Plaintiff, | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br><br>4:25-cv-01179-DPM |
| VS. | §<br>§<br>§ | |
| KATANDRA LYNN JACKSON, AND UNITED STATES OF AMERICA, ON BEHALF OF THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT,<br>Defendants. | §<br>§<br>§<br>§<br>§ | |

## CONSENT ORDER AS TO UNITED STATES OF AMERICA

This matter is before the Court upon consent of Plaintiff, Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, as Trustee for the CSMC 2017-FHA1 Trust, Mortgage-backed Notes, Series 2017-FHA1, and Defendant, the United States of America, on behalf of the Secretary of the U.S. Department of Housing and Urban Development ("Defendant HUD").

Plaintiff filed this action seeking judicial foreclosure of real property located at 9201 Ricky Lane, Little Rock, AR 72209 (the "Subject Property"). The Plaintiff's Complaint, filed on November 12, 2025, is for Judicial Foreclosure of a Mortgaged property. (Dkt. 1).

Plaintiff joined the United States as a Defendant based on a Partial Claim Mortgage filed and recorded on September 10, 2018, as Instrument Number 2018056577, in the official public records of Pulaski County, Arkansas; and a certain Mortgage filed and

Recorded on June 14, 2023 as Instrument Number 2023030805 in the official public records of Pulaski County, Arkansas ("HUD Partial Claim Mortgage"). Complaint, Dkt. 1 ¶ 16; Plaintiff's Ex. No. 6.

Defendant United States of America, acting by and through the Secretary of the Department of Housing and Urban Development (USA HUD) holds a subordinate mortgage on the subject property, that was filed of record in Pulaski County, Arkansas on September 10, 2018, as Instrument Number 2018056577, securing a debt of $4,299.00 bearing no interest, and subordinate mortgage on the subject property that was filed of record in Pulaski County, Arkansas on June 14, 2023 as Instrument Number 2023030805, securing a debt of $607.23. USA HUD's mortgages are subsequent and subordinate to Plaintiff's mortgage filed of record on August 8, 1997. Any sale proceeds remaining after payment of the costs of sale and the judgment herein awarded to the Plaintiff shall be paid to Defendant USA HUD, to the extent of the debts owed to it.

The United States was previously served with the pleadings and filed its answer on March 9, 2026. (Dkt. 7).

The United States does not oppose the Court entering judgment in favor of Plaintiff and ordering the Subject Property sold at a public sale. Plaintiff and the United States agree that this Consent Order does not affect the United States' ability to pursue collection on the above-described HUD mortgages as provided by law and said HUD mortgages shall remain enforceable against any excess funds arising from any foreclosure sale of the Subject Property ordered pursuant to Plaintiff's Complaint.

THEREFORE, IT IS HEREBY ORDERED that the relief sought by Plaintiff in its

Complaint as against the United States is hereby granted to the extent set forth above. Plaintiff shall not receive any award or judgment for attorneys' fees or other monetary damages against the United States.

IT IS FURTHER ORDERED that Plaintiff shall provide the United States, through counsel for the United States, with notice and copies of all documents in this action, including correspondence and pre- and post-judgment pleadings, whether presented to the judge or to the clerk of the court. In addition, Plaintiff shall provide notice to the United States of any excess proceeds and notice of any agreement between debtor and Plaintiff which delays judgment or judicial sale of the property to both the U.S. Department of Housing and Urban Development, Little Rock Field Office, Richard Sheppard Arnold United States Courthouse, 600 W. Capitol Avenue, Suite #A400, Little Rock, AR, 72201, and to the undersigned counsel for the United States.

It is FURTHER ORDERED that Defendant United States of America is hereby relieved from making any further court appearances in the case.

It is so Ordered.

Signed on ___26___ June_____, 2026.


_____
HON. D. P. MARSHALL JR
UNITED STATES DISTRICT JUDGE