**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**WILMINGTON SAVINGS FUND SOCIETY FSB, d/b/a Christina Trust, as Trustee for the CSMC 2017-FHA1 Trust, Mortgage Backed Notes, Series 2017-FHA1** **PLAINTIFF**

**v.** **No. 4:25-cv-1179-DPM**

**KATANDRA LYNN JACKSON and USA, on behalf of the Secretary of Housing and Urban Development** **DEFENDANTS**

**ORDER**

The Court entered a consent order as to the United States. *Doc. 9 & 10*. This case is stayed against the only remaining defendant, Jackson, because of a bankruptcy proceeding. *Doc. 5*. The Court therefore directs the Clerk to update the docket, indicate the stay, and administratively terminate the case. Wilmington must file a status report or motion to reopen by 12 February 2027, and every six months thereafter until Jackson's bankruptcy is dissolved.

So Ordered.

D.P. Marshall Jr.
United States District Judge

7 August 2026